UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY OVERSTREET, ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| v. ) | Case No.: 2:17-cv-00390-JHE |
| ) | |
| JEFFREY BRADLEY, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, the parties, by and through their respective undersigned counsel of record, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above captioned civil matter has been resolved, and is due to be dismissed, with prejudice, costs taxed as paid.

Respectfully submitted this 24th day of May, 2017.

*/s/ Anthony D. Michel*
Anthony D. Michel (ASB-6809-064M)
anthony@wmalabamalaw.com
WRADY & MICHEL LLC
505 20th Street North, Suite 1650
Birmingham, AL 35203
*Attorney for Plaintiff*

*/s/ Angela Zambrano (with permission)*
Angela C. Zambrano
angela.zambrano@sidley.com
Paige Holden Montgomery
pmontgomery@sidley.com
Tiffanie N. Limbrick
tlimbrick@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75287
*Attorneys for Defendants*