# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY OVERSTREET, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 2:17-cv-00390-JHE |
| JEFFREY BRADLEY, et al. | ) |
| Defendants. | ) |

## ORDER DISMISSING CASE

A stipulation of dismissal, signed by all parties who have appeared, having been filed in this action, (doc. 32), it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is **DISMISSED**, **with prejudice**, costs to be taxed as paid. The Clerk is **DIRECTED** to **TERM** all pending motions, (docs. 10 & 15).

DONE this 24th day of May, 2017.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE